**Order filed, March 1, 2018.**



**In The**

# Court of Appeals
**For The**
# First District of Texas

_____

**NO. 01-18-00083-CV**

**ETHAN  BRUSHINGHAM, Appellant**

**V.**

**AMANDA BRUSHINGHAM, Appellee**

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Case   94952-F**

## ORDER

The reporter's record in this case was due 02/09/2018.  *See* Tex. R. App. P. 35.1. On 02/15/2018, this court ordered the court reporter to file the record within 10 days. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Becky Serrato, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM